# U.S. District Court
# Western District of Missouri (Springfield)
# CRIMINAL DOCKET FOR CASE #: 6:21-mj-02010-DPR-1
# Internal Use Only

Case title: USA v. Quick

Date Filed: 02/12/2021

Assigned to: Magistrate Judge David P. Rush

**Defendant (1)**

**Michael Aaron Quick**     represented by     **Taylon Sumners**
Wampler & Passanise Law Office
2974 E Battlefield
Springfield, MO 65804
417-882-9300
Fax: 417-882-2089
Email: taylon@deewampler.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Pending Counts**                    **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**               **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                       **Disposition**
18:1752.P

**Plaintiff**

**USA**     represented by     **James Joseph Kelleher**
United States Attorney's Office-Spgfd
901 St. Louis Street

Suite 500
Springfield, MO 65806-2511
(417) 831-4406
Email: James.Kelleher@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*
*Bar Status: Active*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 02/12/2021 | 1 | RULE 5 as to Michael Aaron Quick (1). (Attachments: # 1 Affidavit) (Keller, Jeanne) (Entered: 02/12/2021) |
| 02/12/2021 | 2 | Minute Entry for proceedings held before Magistrate Judge David P. Rush: INITIAL APPEARANCE in Rule 5(c)(3) Proceedings as to Michael Aaron Quick held on 2/12/2021. Time in court: 12:38 p.m. to 12:42 p.m.. To order a transcript of this hearing please contact Jeanne Keller, 417-225-7702. DEFENDANT ON BOND. (Keller, Jeanne) (Entered: 02/12/2021) |
| 02/12/2021 | 3 | WAIVER of Rule 5(c)(3) Hearings by Michael Aaron Quick (Keller, Jeanne) (Entered: 02/12/2021) |
| 02/12/2021 | 4 | APPEARANCE BOND ENTERED as to Michael Aaron Quick (Keller, Jeanne) (Entered: 02/12/2021) |
| 02/12/2021 | 5 | ORDER setting conditions of release as to Michael Aaron Quick. Defendant released on a personal recognizance bond. Signed on 2/12/2021 by Magistrate Judge David P. Rush.(Keller, Jeanne) (Entered: 02/12/2021) |